MAYER S. GINSBURG, Appellant, v. F. W. WOOLWORTH COMPANY, a Domestic Corporation, Respondent.— Our settled practice on appeals from orders has been not to review the discretion exercised by the court at Special Term in granting or in withholding an injunction *pendente lite.* (*Duryea* v. *Auerbach,* 164 App. Div. 44; *Smith* v. *Smith,* 170 id. 950.) No exceptional case to call for a departure from this rule has been made out. Order affirmed, but without passing on the merits, with ten dollars costs and disbursements. Thomas, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of Supplementary Proceedings: GEORGE F. ADAMS, Respondent, v. ABRAHAM COHEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

CLINTON R. JAMES and Others, as Executors, etc., of JOHN F. JAMES, Deceased, Respondents, v. THOMAS F. ROCHFORD and Others, Defendants, and CARRIE M. MANHEIMER, Appellant.— Order modified so as to direct that the receiver pay the net rents collected before the order of January 11, 1916, to Manheimer and the February rents to respondents, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

EUGENE MATTULICH, Respondent, v. SAVERIA AMATO, Appellant.— Judgment and order of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

CATHERINE O'CONNOR, as Committee, etc., of ANDREW O'CONNOR, an Incompetent, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Order reversed, and verdict unanimously reinstated, with costs. Evidence that a jury would be required to accept does not compel the conclusion that plaintiff's incompetent was guilty of contributory negligence as matter of law. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

TITLE GUARANTEE AND TRUST COMPANY and ARCHIBALD MONTGOMERY, as Executors, etc., of JOHN P. RIDER, Deceased, Respondents, v. JOHN H. SMITH, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

HARRIET VREELAND, as Administratrix, etc., of JOHN H. VREELAND, Deceased, Respondent, v. CASHOPHECO TRANSPORTERS, INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

ANTHONY CHSAITIS, as Administrator, etc., Respondent, v. LEHIGH VALLEY COAL COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

OSCAR FRIED, Plaintiff, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Defendant.— Motion for stay denied, without

costs. This court will hear both appeals on December 15, 1916. Present — Jenks, P. J., Thomas, Carr and Putnam, JJ.